CATHERINE M. CORFEE, Esq. (SBN 155064)
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
(916) 487-5441 – Office
(916) 487-5440 – Facsimile

Attorney for Defendant, ROSE VILLAGE,
a California General Partnership.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | **CASE NO. 2:15-CV-02299-TLN-KJN** |
| Plaintiff, | **ORDER** |
| v. | |
| ROSE VILLAGE, A CALIFORNIA GENERAL PARTNERSHIP; ELAINE TAM DBA WONG'S GARDEN CHINESE CUISINE; AND DOES 1-10, | |
| Defendants. | |

On March 1, 2016, Defendants requested ten (10) days to file a reply to Plaintiff's Response to the Court's Order to Plaintiff to Show Cause Why the Court Should Not Dismiss Plaintiff's ADA claim for lack of subject matter jurisdiction. Defendants filed their response on March 1, 2016. Based on good cause appearing and the Court's inherent power, the Court grants Defendants' request and may file their reply by no later than ten (10) days from the date of this order.

IT IS SO ORDERED.

Dated: March 2, 2016

Troy L. Nunley
United States District Judge

1